# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1771

_____

Hussein Yousif

*Plaintiff - Appellant*

v.

Travis Knaele; Kim R. Hill; MidAmerican Energy Company

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: November 2, 2021
Filed: November 5, 2021
[Unpublished]

_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Hussein Yousif appeals the district court's[1] dismissal of his pro se employment action. After careful review of the record and the parties' arguments on appeal, we

---

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

find no basis for reversal.  <u>See</u> <u>Warmington v. Bd. of Regents of Univ. of Minn.</u>, 998 F.3d 789, 795 (8th Cir. 2021) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____